1  ROBERT J. BELES (Cal. Bar No. 41993)
        Beles & Beles Law Offices
2       One Kaiser Plaza, Suite 2300
        Oakland, California 94612-3642
3       Telephone: (510) 836-0100
        Facsimile: (510) 832-3690
4       E-mail:    beleslaw@yahoo.com

5  Attorney for Defendant
   CHARLES GONZALES

6

7                      United States District Court

8                      Northern District of California

9

10  UNITED STATES OF AMERICA,    )   CR No. 4:14-cr-00099-PJH-1
                                 )
11            Plaintiff,         )   STIPULATION AND [PROPOSED] ORDER
                                 )   CONTINUING CHANGE OF PLEA HEARING
12            v.                 )   AS TO DEFENDANT GONZALES - CORRECTED
                                 )
13  CHARLES GONZALES,            )
                                 )
14            Defendant.         )
    _____)

15

16      Defendant   CHARLES   GONZALES,   by   and   through   his   counsel

17  undersigned, and the United States of America, through MICHAEL A.

18  RABKIN,  Trial  Attorney,  United  States  Department  of  Justice,

19  Antitrust Division, hereby stipulate and respectfully request that

20  the Court vacate the Change of Plea hearing in the above captioned

21  case, currently set for Thursday, December 15, 2016, at 09:30 a.m.,

22  and reset it for Thursday, January 26, 2017, at 09:30 a.m.

23      This is the parties' first request to continue the Change of

24  Plea hearing as to Defendant Gonzales. The parties last appeared

25  before the Court on September 21, 2016 for status.

26      Discovery from the government is complete, and on Tuesday,

27  November 22, 2016, a revised plea offer was extended to the

28  defendant.

                                    1
    STIPULATION AND ORDER CONTINUING CHANGE OF PLEA HEARING - CORRECTED

1    The requested continuance is necessary to allow defense counsel

2  reasonable time to thoroughly review the revised plea offer extended

3  by the government and to discuss this plea offer with the defendant.

4    For these above-stated reasons, the defendant, defense counsel,

5  and the government stipulate and respectfully request that the Court

6  vacate the Change of Plea hearing currently set for Thursday,

7  December 15, 2016 and reset it for Thursday, January 26, 2017, at

8  9:30 a.m.

9    **IT IS SO STIPULATED.**

10

11                                    Respectfully submitted,

12

   DATED: December 8, 2016            /s/ RJB_____
13                                     ROBERT J. BELES,
                                       Attorney for *CHARLES GONZALES*
14

15

   DATED: December 8, 2016            /s/ MAR_____
16                                     MICHAEL A. RABKIN,
                                       Trial Attorney
17
                                       United States Dept. of Justice
18                                     Antitrust Division

19

20    **IT IS SO ORDERED.**

21

22

   DATED:   12/13/16_____
23

24

25  _____
    HON. KANDIS A. WESTMORE
26  UNITED STATES MAGISTRATE JUDGE

27

28

                                    2
   STIPULATION AND ORDER CONTINUING CHANGE OF PLEA HEARING - CORRECTED