1  ROBERT J. BELES (Cal. Bar No. 41993)
        Beles & Beles Law Offices
2       One Kaiser Plaza, Suite 2300
        Oakland, California 94612-3642
3       Telephone: (510) 836-0100
        Facsimile: (510) 832-3690
4       E-mail:    beleslaw@yahoo.com

5  Attorney for Defendant
   CHARLES GONZALES
6

7
                    United States District Court
8
                    Northern District of California
9

10 UNITED STATES OF AMERICA,    )   CR No. 4:14-cr-00099-PJH-1
                                )
11         Plaintiff,           )   STIPULATION AND [PROPOSED] ORDER
                                )   CONTINUING CHANGE OF PLEA HEARING
12         v.                   )   AS TO DEFENDANT GONZALES
                                )
13 CHARLES GONZALES,            )
                                )
14         Defendant.           )
   _____)
15

16      Defendant CHARLES GONZALES, by and through his counsel

17 undersigned, and the United States of America, through MICHAEL A.

18 RABKIN, Trial Attorney, United States Department of Justice,

19 Antitrust Division, hereby stipulate and respectfully request that

20 the Court vacate the Change of Plea hearing in the above captioned

21 case, currently set for Thursday, January 26, 2017, at 09:30 a.m.,

22 and reset it for Thursday, February 02, 2017, at 09:30 a.m.

23      This is the parties' second request to continue the Change of

24 Plea hearing as to Defendant Gonzales. The parties last appeared

25 before the Court on September 21, 2016 for status.

26      Discovery from the government is complete, and on Tuesday,

27 November 22, 2016, a revised plea offer was extended to the

28 Defendant.

                                    1
              STIPULATION AND ORDER CONTINUING CHANGE OF PLEA HEARING

The requested continuance is requested due to the unavailability of defense counsel due to illness with the flu. Attorney Robert J. Beles has been the primary attorney for Charles Gonzales and is the only attorney familiar with this matter.

For the above-stated reasons, the defendant, defense counsel, and the government stipulate and respectfully request that the Court vacate the Change of Plea hearing currently set for Thursday, January 26, 2017 and reset it for Thursday, February 02, 2017, at 9:30 a.m.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: January 24, 2017      /s/ RJB
                             ROBERT J. BELES,
                             Attorney for *CHARLES GONZALES*

DATED: January 24, 2017      /s/ MAR
                             MICHAEL A. RABKIN,
                             Trial Attorney

                             United States Dept. of Justice
                             Antitrust Division

**IT IS SO ORDERED.**

DATED: 1/25/17

HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE